# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Faisal Uppal,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC., Et al.,<br><br>　　　　Defendants. | Case No.: 2:23-cv-11843 |

## NOTICE OF VOLUNTARY DISMISSAL AS TO
## EQUIFAX INFORMATAION SERVICES, LLC., ONLY

　　Plaintiff, through counsel undersigned, hereby dismisses his claims against the Defendant Equifax Information Services, LLC., ONLY with prejudice and without costs to either party.

DATED: November 20, 2023

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Carl Schwartz
　　　　　　　　　　　　　　　　　　Carl Schwartz
　　　　　　　　　　　　　　　　　　Credit Repair Lawyers of America
　　　　　　　　　　　　　　　　　　39111 Six Mile Rd., Suite 142
　　　　　　　　　　　　　　　　　　Livonia, MI 48152

2

        Phone: (248) 353-2882
        Email: carl@crlam.com
        Attorney(s) for Plaintiff
        *Attorneys for Plaintiff,*
        *Faisal Uppal*

## PROOF OF SERVICE

I, Carl Schwartz, hereby state that on November 20, 2023, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

        /s/ Carl Schwartz