IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Faisal Uppal,<br><br>            Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC., Et al.,<br><br>            Defendants. | Case No.: 2:23-cv-11843 |

### NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION, LLC

Plaintiff and Defendant, Trans Union, LLC., have agreed to settle their dispute and intend to file a Stipulation of Dismissal as to Trans Union, LLC., with prejudice, no later than January 21, 2023.

Respectfully submitted,

/s/ Carl Schwartz
Carl Schwartz
Credit Repair Lawyers of America
39111 Six Mile Rd., Suite 142
Livonia, MI 48152
Phone: (248) 353-2882
Email: carl@crlam.com
Attorney(s) for Plaintiff

November 21, 2023

## PROOF OF SERVICE

I, Carl Schwartz, hereby state that on November 21, 2023 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

/s/ Carl Schwartz