UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAISAL UPPAL,
    Plaintiff,

v.

                              Case No. 2:23-cv-11843
                              Hon. George Caram Steeh
                              Hon. Elizabeth A. Stafford

EQUIFAX INFORMATION SERVICES, LLC,
    Defendants.
_____

## NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff and Experian Information Solutions, Inc. have settled their dispute and intend to file a stipulation of dismissal, with prejudice, by July 16, 2024.

                              Respectfully submitted,

Dated: May 16, 2024        /s/ Carl Schwartz
                              Carl Schwartz
                              Credit Repair Lawyers of America
                              27600 Farmington Rd, Suite 108
                              Farmington Hills, MI 48334
                              Phone: (248) 353-2882
                              Fax: (248) 353-4840
                              Email: carl@crlam.com
                              *Attorneys for Plaintiff*

**Proof of Service**

I, Carl Schwartz, hereby state that on May 16, 2024, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via this Court's CM/ECF system.

                              /s/ Carl Schwartz