UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAISAL UPPAL,
    Plaintiff,

v.

Case No. 2:23-cv-11843
Hon. George Caram Steeh
Hon. Elizabeth A. Stafford

EQUIFAX INFORMATION SERVICES, LLC,
    Defendants.
_____

### NOTICE OF SETTLEMENT WITH CITIZENS BANK, N.A.

Plaintiff and Citizens Bank, N.A. have settled their dispute and intend to file a stipulation of dismissal, with prejudice, by July 16, 2024.

Respectfully submitted,

Dated: May 16, 2024

/s/ Carl Schwartz
Carl Schwartz
Credit Repair Lawyers of America
27600 Farmington Rd, Suite 108
Farmington Hills, MI 48334
Phone: (248) 353-2882
Fax: (248) 353-4840
Email: carl@crlam.com
*Attorneys for Plaintiff*

**Proof of Service**

I, Carl Schwartz, hereby state that on May 16, 2024, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via this Court's CM/ECF system.

/s/ Carl Schwartz