UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Faisal Uppal,<br><br>        Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC, et al.<br><br>        Defendants. | Case No.: 2:23-cv-11843 |

## STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE AND WITHOUT COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Experian Information Solutions, Inc., only, with prejudice and without attorney's fees or costs to either party.

Date: June 7, 2024

/s/ Carl Schwartz
CARL SCHWARTZ P70335
CREDIT REPAIR LAWYERS
OF AMERICA
39111 Six Mile Road, Suite 142
Livonia, MI 48152
(248) 353-2882
Fax (248) 353-4840
Email – carl@crlam.com
*Attorney for Plaintiff*

Respectfully submitted,

/s/ Christopher S. Chorzepa
Christopher S. Chorzepa (P86367)
JONES DAY
150 W. Jefferson Ave., Suite 2100
Detroit, MI 48226
P: (313) 230-7914
F: (313) 230-7997
cchorzepa@jonesday.com
*Counsel for Defendant Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Faisal Uppal,

      Plaintiff,

vs.

Equifax Information Services, LLC, et al.

      Defendants.

Case No.: 2:23-cv-11843

### ORDER OF DISMISSAL WITH PREJUDICE OF EXPERIAN INFORMATION SOLUTIONS, INC.

The Court, having reviewed the parties' stipulation and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Experian Information Solutions, Inc., only, are hereby dismissed with prejudice and without fees or costs to either party.

Dated: June 11, 2024

s/George Caram Steeh
United States District Judge